UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rhonda Updike,

Plaintiff,

vs.

Wal-Mart Stores, Inc.,
A Foreign Corporation, and
John Doe,

Defendants.

Civil File No. 02-99 RHK/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

The above-entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 4/12/02

NELSON PERSONAL INJURY ATTORNEYS

By: [signature]
James D. Jorgensen #0295024
Attorney for Plaintiff
125 Twin Rivers Court, Suite 206
St. Cloud, MN 56302-2388
(320) 252-1200

Dated: 4/29/02

MURNANE, CONLIN, WHITE & BRANDT

By: [signature]
Steven J. Kirsch #56121
Attorneys for Defendant
444 Cedar St. #1800
St. Paul, MN 55101
(651) 227-9411

FILED MAY 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 09 2002
DEPUTY CLERK

# ORDER

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 5/9/02

BY THE COURT: